MICHAEL COSENTINO, SBN 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501

Telephone:  (510) 523-4702
Facsimile:    (510) 747-1640

Attorney for the Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACQUELINE G. LOPEZ<br>aka JACQUELINE LOPEZ FLORES,<br><br>Defendant.<br>_____/ | Case No. **CV11-1119 SLM**<br><br>**NOTICE OF PLAINTIFF'S WITHDRAWAL OF HEARING ON ORDER FOR JUDGMENT DEBTOR EXAM** |

NOTICE IS HEREBY GIVEN THAT Plaintiff and judgment creditor, United States of America, by and through its attorney of record, hereby withdraws the hearing on its Order for Judgment Debtor Exam that is set for April 26, 2016, at 9:00 A.M., in courtroom E, in the above entitled matter.

Dated: April 19, 2016

                                                          /s/
                                        MICHAEL COSENTINO
                                        Attorney for Plaintiff
                                        United States of America

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
IT IS SO ORDERED
Judge Elizabeth D. Laporte
Date: 4/22/16